UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HANEEF MUHAMMAD,**

    **Plaintiff,**

v.                                     **Civil Action 2:24-cv-4247**
                                         **Judge Michael H. Watson**
                                         **Magistrate Judge Chelsey M. Vascura**

**THE KROGER CO.,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court on Defendant U.S. Protection Service, LLC's Motion for ECF DKT. ##28, 32 to be Placed under Seal or Deleted (ECF No. 34). For good cause shown, the Motion is **GRANTED**. The Clerk is **DIRECTED** to **RESTICT** ECF Nos. 28 and 32 from the public docket as inadvertently filed.

    **IT IS SO ORDERED.**

                                                       /s/ *Chelsey M. Vascura*
                                                       CHELSEY M. VASCURA
                                                       UNITED STATES MAGISTRATE JUDGE