**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

HANEEF MUHAMMAD,

      Plaintiff,

  v.

                                         Civil Action 2:24-cv-4247
                                         Judge Michael H. Watson

THE KROGER CO., *et al.*,             Magistrate Judge Chelsey M. Vascura

      Defendants.

**ORDER**

     This matter is before the Court on Plaintiff's Motion to Submit Video Evidence of Minor Child's Statement Before City Council (ECF No. 39). Plaintiff's Motion is **DENIED WITHOUT PREJUDICE** as premature, because Plaintiff is not offering the video evidence in support of any identified pending motion or hearing. If Plaintiff wishes to submit the video evidence in support of a future motion or hearing, Plaintiff may renew his motion.

     **IT IS SO ORDERED.**

                                      /s/ *Chelsey M. Vascura*
                                      CHELSEY M. VASCURA
                                      UNITED STATES MAGISTRATE JUDGE