**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**HANEEF MUHAMMAD,**

**Plaintiff,**

**v.**

**THE KROGER CO., *et al.*,**

**Defendants.**

**Civil Action 2:24-cv-4247**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on Plaintiff's Motion to Stay Proceedings Pending Resolution of Related Sixth Circuit Appeal, or Alternatively for a Temporary 90-Day Stay, Modification of the Scheduling Order, and Extension of Case Deadlines (ECF No. 105). Therein, Plaintiff seeks to stay this case pending the resolution of his appeal in Muhammad v. Gap, Inc., et al., No. 2:24-cv-3676. However, that case stems from entirely different facts and advances claims against entirely different parties, and judicial economy will not be served by staying this case during the appeal. Otherwise, Plaintiff's Motion seeks relief that is duplicative of the relief sought in his November 2, 2026 Motion to Modify the Scheduling Order and Extend Discovery Deadline Under Fed. R. Civ. P. 16(b)(4), for which the briefing schedule is not yet complete. Accordingly, Plaintiff's Motion to Stay (ECF No. 105) is **DENIED**.

This matter is also before the Court on Plaintiff's Motion for Determination of Discovery Violations and Appropriate Sanctions against Reliable Protection Services LLC Under Fed. R. Civ. P. 26(e), 26(g), and 37; Alternatively, for Limited Evidentiary Relief (ECF No. 106.) The

undersigned's Preliminary Pretrial Order provides that "[i]f the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court." (Order 2, ECF No. 60.) Plaintiff failed to request an informal conference prior to filing his Motion. Accordingly, Plaintiff's Motion for Determination of Discovery Violations (ECF No. 106) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE